UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| RICHARD MAGEE, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | No. 2:13-cr-176-GZS |
| ) | No. 2:17-cv-484-GZS |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent ) | |
| ) | |

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on July 3, 2018, 2018, his Recommended Decision (ECF No. 377). Petitioner filed his Objection to the Recommended Decision (ECF No. 380) on August 3, 2018. Respondent filed its Response to Petitioner's Objection to the Recommended Decision (ECF No. 384) on August 15, 2018.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that an evidentiary hearing is not warranted under Rule 8 of the Rules Governing Section 2255 cases.

3. It is hereby **ORDERED** that Petitioner's Section 2255 Motion (ECF No. 368) is **DENIED**.

4. It is hereby **ORDERED** that a certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2255 cases is **DENIED** because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. §2253(c)(2).

/s/George Z. Singal_____
U.S. District Judge

Dated this 17th day of August, 2018.